**United States District Court**
For the Northern District of California

*E-FILED*
**June 24, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, | No. C 03-02643 JW (RS) |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| GSW, INC., et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Good cause appearing,

IT IS HEREBY ORDERED that the settlement conference scheduled for **June 27, 2005** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **July 1, 2005 at 11:00 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. All other provisions of this Court's Order dated June 23, 2005 shall remain in effect.

The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior to the date set for settlement conference.

Dated: June 24, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Ronald L. Miller, Esq.
Email: randm7@pacbell.net

Kenneth D. Simoncini, Esq.
Email: kds@simoncini-law.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: June 24, 2005

                      CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                      By:   /s/ *BAK*