1 | Ronald L. Miller   SBN 111817
**ROGERS & MILLER**
2 | 720 Southpoint Blvd., Suite 205
Petaluma, California  94954
3 | Telephone:    (707) 781-1920
Facsimile:     (707) 781-1927
4 |
5 | Attorneys for: Plaintiff
FIRE INSURANCE EXCHANGE
6 |
7 |

*IT IS SO ORDERED   Judge James Ware* (seal: United States District Court, Northern District of California)

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11 | FIRE INSURANCE EXCHANGE ,             )   **CASE NO.**  C03 02643 JW
                                           )
12 |           Plaintiff,                  )   **STIPULATION AND ORDER**
                                           )   **CONTINUING PRETRIAL**
13 |    vs.                                )   **CONFERENCE**
                                           )
14 | GSW, INC., et al.,                    )
                                           )
15 |           Defendants.                 )
   _____)

16 |

17 | **I**

18 | **STIPULATION**

19 |     Plaintiff FIRE INSURANCE EXCHANGE is represented by Ronald L. Miller, LAW OFFICE

20 | OF RONALD L. MILLER, 131A Stony Circle, Suite 500, Santa Rosa, California, 95401.

21 |     Defendants JACKES-EVANS MANUFACTURING COMPANY and GSW, INC., are

22 | represented by Kenneth D. Simoncini and Marilynn J. Winters, SIMONCINI & ASSOCIATES, 1694

23 | The Alameda, San Jose, CA 95126.

24 |     The parties previously participated in a settlement conference before the honorable Magistrate

25 | Judge Richard Seeborg.  That settlement conference failed to resolve this case.  However, the parties,

26 | with Judge Seeborg's consent, agreed to complete their expert witness discovery and to then schedule

27 | a second settlement conference before Judge Seeborg.  On Judge Seeborg's recommendation, this

28 |

1

**STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE**

1  court then continued the pretrial conference, which had been scheduled to take place in late July, to
2  August 29, 2005.
3      The parties have since completed their expert witness discovery.  And, a second settlement
4  conference has been scheduled to take place on September 26, 2005.  However, the date for that
5  settlement conference is after the currently-scheduled date for the pretrial conference.
6      In order to allow the settlement conference to take place before the pretrial conference the
7  parties stipulate that the pretrial conference be continued.  And, the parties respectfully request that
8  this court order the pretrial conference continued from August 29, 2005, to October 17, 2005 at
9  11:00 a.m.
10 Dated:  August 24, 2005

11                                /S/_____
12                                RONALD L. MILLER
                               COUNSEL FOR PLAINTIFF
13                                FIRE INSURANCE EXCHANGE

14 Dated:  August 24, 2005                 /S/_____
15                                KENNETH D. SIMONCINI
                               COUNSEL FOR DEFENDANTS
16                                JACKES-EVANS MANUFACTURING
                               COMPANY and GSW, Inc.

19 **II**
20 **ORDER**
21     Good cause appearing therefore, it is hereby ordered that the pretrial conference, currently
22 scheduled to take place on August 29, 2005, is continued to October 17, 2005, at 11:00 a.m.
23 Dated: August 26 , 2005

25                                /s/ James Ware_____
                               Hon. JAMES WARE
                               United States Magistrate Judge

**STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE**