United States District Court
For the Northern District of California

1
2
3
4
5
6
7  IN THE UNITED STATES DISTRICT COURT
8  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION
10
11  Fire Insurance Exchange,                          NO. C 03-02643 JW
12
           Plaintiff,
13                                                   **ORDER CONTINUING ORDER TO
        v.                                           SHOW CAUSE RE: SETTLEMENT**
14
    GSW, Inc., et al.,
15
           DefendantS.
16
    _____/
17
18       The parties have represented to the Court that this case has settled.  The Order to Show Cause re:
19  Settlement currently scheduled for January 9, 2006 is continued to February 6, 2006 at 9:00 a.m.  The
20  parties shall appear to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ.
21  P. 41(b).  If the parties file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) prior to
22  January 27, 2006, the Order to Show Cause hearing will be automatically vacated.. Failure to comply with
23  any part of this Order will be deemed sufficient grounds to dismiss this action.
24
25  Dated: January 6, 2006                            /s/ James Ware
    03eciv2643ctdosc                                  JAMES WARE
26                                                    United States District Judge
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kenneth D. Simoncini kds@simoncini-law.com
Ronald L. Miller LawOfficeRonaldLMiller@Yahoo.com
Steve W. Dollar nritz@eakdl.com

**Dated: January 6, 2006**                                    **Richard W. Wieking, Clerk**

                                                              **By:_/s/ JW Chambers_____
                                                                     Melissa Peralta
                                                                     Courtroom Deputy**

**United States District Court**
For the Northern District of California