IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Fire Insurance Exchange, | NO. C 03-02643 JW |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| GSW, Inc. et al., | |
| Defendants. | |

This is a subrogation claim brought by Plaintiff Fire Insurance Exchange to recover funds it paid on behalf of its insured as a result of a residential fire. On September 26, 2005, the parties appeared before Magistrate Judge Seeborg for a settlement conference. Following the conference, Magistrate Judge Seeborg informed this Court that the parties had settled. Pursuant to the Court's Order to Show Cause re: Settlement, (Docket Item No. 49) the parties were ordered to appear before the Court on February 6, 2006 to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). The Order further specified that failure to comply with the Order would be sufficient grounds to dismiss this action. Plaintiff did not appear at the hearing. Counsel for Defendants stated that a settlement check has been sent to Plaintiff, and that Plaintiff has signed a release requested by Defendants. Accordingly this action is dismissed pursuant to Rule 41(b). The Clerk shall close the file.

Dated: February 7, 2006                                  /s/ James Ware
03cv2643dism                                             JAMES WARE
                                                         United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kenneth D. Simoncini kds@simoncini-law.com
Ronald L. Miller LawOfficeRonaldLMiller@Yahoo.com
Steve W. Dollar nritz@eakdl.com

**Dated: February 6, 2006**                                   **Richard W. Wieking, Clerk**

                                                              **By:_____/s/ JW Chambers___**
                                                                       **Melissa Peralta**
                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California